**SANA HAZINA BUTLER.**
**From the Desk of Sana Hazina Butler**
**2588 Adam Clayton Powell Jr Blvd (aka 2588 7th Avenue) • Second Floor (2E)**
**NEW YORK, NEW YORK 10039**
**TEL (919) 219-9911 • EMAIL: sana.butler@povertyshares.com**

**10/16/26**

RECEIVED
2026 OCT 19 PM 1:45
US COURT OF APPEALS
SECOND CIRCUIT

**Via FedEx**
Clerk's Office
Thurgood Marshall U.S. Courthouse
40 Centre Street, Room 105
New York, NY 10007

FOR THE ATTENTION OF:
Hon. Robert M. Spector
United States Magistrate Judge
District of Connecticut (Sitting by Designation)

SDNY PRO SE OFFICE
2026 OCT 22 AM 10:35

**Re: Sana Hazina Butler v. The Association of the Bar of the City of New York et al.**
**Docket No. 1:26-CV-4157**

---

Dear Judge Spector,

I am the Plaintiff, Sana Hazina Butler, in the above-captioned matter in the Southern District of New York. I write to respectfully clarify the procedural validity of the service of process executed in this case, pursuant to strict Federal Rule of Civil Procedure and New York Civil Practice Legal Procedures.

I address this administrative application to the Court pursuant to the "Designation of the Honorable Magistrate Judge Robert M. Spector for Service Within the Southern District Of New York" notification dated June 26, 2026 (enclosed hereto as Exhibit A). Due to the emergency disqualification of all judges in the Southern District of New York under 28 U.S.C. § 455(a) in this case matter, Chief Judge Laura Taylor Swain designated Judge Spector to perform any and all

judicial duties in this matter. As the designated presiding judge for this docket, I request relief concerning the management of the active record.[1]

This matter is currently paused because the Judgment Clerk has declined to sign the Request for Certificate of Default, citing a question regarding the propriety of the initial service of process. At issue, the Judgment Clerk wanted confirmation from the Court that valid service did not require an United States marshal or process server. To cure this administrative question and permit the matter to proceed, I provide the following legal authority demonstrating that service was valid as a matter of law.

For reference, the Defendants are located at the headquarters for The Association of the Bar of the City of New York, a professional organization of legal professionals, including practicing and staff attorneys, judges, and legal scholars. The Federal Pro Se Legal Assistance Projects is one of its in-house legal initiatives. Accordingly, service of the summons and complaint was effectuated here to the attention of staff attorneys.

Rule 4 of the Federal Rules of Civil Procedure governs service of a summons. The rule provides that process shall be completed by "following state law." See Fed. R. Civ. P. 4(e)(1). In this instance, the governing New York standard is N.Y.C.P.L.R. § 308(2).

Furthermore, under both Rule 4(e), one way of serving process upon an attorney is to deliver a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process. See Fed. R. Civ. P. 4(e)(2)(C). *Sikhs for Justice v. Nath*, 850 F. Supp. 2d 435 (S.D.N.Y. 2012)

In Manhattan, a professional association or organization of legal professionals is strictly governed by unique New York operational, ethical, and structural standards that distinguish it from standard commercial businesses. Because Defendants' headquarters is publicly held out as an authorized location for conducting legal practice, as the same as a law firm, service was properly effectuated under the expanded "actual place of business" criteria of N.Y.C.P.L.R. § 308(2) and 308(4).

[1] Notably, while the case number suffix may incorrectly retain the initials of District Judge Vernon S Broderick (VSB) and Magistrate Judge Stewart D. Aaron (SDA), both previous judicial officers have been removed from this matter as of June 26, 2026. Per Chief United States District Judge for the U.S. District Court for the Southern District of New York (SDNY), "United States Magistrate Judge [Spector] to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), in the Southern District of New York for the purpose of adjudicating the above-captioned matter. This designation shall remain in effect until the above-captioned matter has been resolved."

Where an attorney is explicitly designated by law or appointment to receive service of process, as is the case here, the overnight transport mechanism of Local Rule 5.3 operates to fulfill Rule 4(e)(2(C). Additionally, N.Y.C.P.L.R. § 2103(b)(6) authorizes service of papers upon an attorney by overnight delivery service; compliance requires dispatch for overnight delivery, rather than merely using a carrier that offers overnight service. Here, I used FedEx overnight delivery service. The signatures of "R. Rob" on both FedEx receipts establish a prima facie presumption of valid delivery to a person of suitable age and discretion.

Any legal dispute regarding a recipient's status or authority only arises if the Defendant affirmatively challenges it. If challenged, I would have to prove that our procedure met the requirements of Rule 4 and any other applicable laws. See C. Wright & A. Miller, Federal Practice and Procedure Sec. 1083, at 334 (1969).

Because the Defendant has filed no challenge, there is no active evidentiary dispute or challenge before this Court. The signature of "R. Rob" stands as legally sufficient under N.Y.C.P.L.R. § 308(2) and 308(4) via Fed. R. Civ. P. 4(e)(1) and 4(e)(2)(C)..

**CONCLUSION**

For the foregoing reasons, I respectfully request that the Court order that service was properly and presumptively effected upon both Defendants, permitting the Court or the Judgment Clerk to sign Request(s) for Certificate of Default.

Dated: 10/16/26

Respectfully submitted,

Sana Hazina Butler

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SANA HAZINA BUTLER,
Plaintiff.

-v-

No. 26-CV-4157; 26-CV-3712

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK et al,

Defendants.

----------------------------------------------------------x

DESIGNATION OF THE
HONORABLE MAGISTRATE JUDGE ROBERT M. SPECTOR
FOR SERVICE WITHIN THE SOUTHERN DISTRICT OF NEW YORK

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of section 636 in a judicial district other than the judicial district for which he or she has been appointed. Due to the emergency resulting from the disqualification of all of the Southern District of New York's judges under 28 U.S.C. § 455(a) in the above-captioned matter, the Southern District of New York has certified the need for magistrate judge assistance from the District of Connecticut. Accordingly, it is hereby

ORDERED, with the concurrence of the Honorable Michael P. Shea, Chief Judge of the United States District Court for the District of Connecticut, that United States Magistrate Judge Robert M. Spector is designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), in the Southern District of New York

for the purpose of adjudicating the above-captioned matter. This designation shall remain in effect until the above-captioned matter has been resolved.

SO ORDERED.

Dated: New York, New York
June 26, 2026

LAURA TAYLOR SWAIN
Chief United States District Judge

cc: Hon. Debra Ann Livingston, Chief Judge, Second Circuit Court of Appeals
Hon. Michael Shea, Chief Judge, District of Connecticut
Hon. Victor Bolden, U.S.D.J, District of Connecticut
Hon. Robert M. Spector, U.S.M.J., District of Connecticut
Catherine O'Hagan Wolfe, Clerk of Court, Second Circuit Court of Appeals
Dinah Kinney, Clerk of Court, District of Connecticut
Tammi Hellwig, Clerk of Court, Southern District of New York

RECEIVED
OCT 21 2026
CLERK'S OFFICE
S.D.N.Y.

ORIGIN ID:[illegible] (9[illegible]9) [illegible]-[illegible]11
SANA HAZ[illegible]ER
111 GOOSE LN

TOLLAND, CT 06084
UNITED STATES US

SHIP DATE: 16OCT26
ACTWGT: 0.15 LB
CAD: 6572896/ROSA2710

BILL THIRD PARTY

TO CLERK'S OFFICE
THURGOOD MARSHALL U.S. COURTHOUSE
40 CENTRE STREET
ROOM 105
NEW YORK NY 10007
(000) 000-0000 REF:
INV:
PO: DEPT:

2026 OCT 22 AM 10: 35
SDNY PRO SE OFFICE

FedEx Express
E

FedEx
TRK# 0201 8787 9462 9578

MON - 19 OCT AA
STANDARD OVERNIGHT

XP PCTA

DSR
10007
NY-US
EWR

Envelope
Recycle me